# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:          February 27 2014

Case Number:    03-12-00271-CV
Trial Court No.: C-1-CV-12-001264

Style:          Kevin Bierwirth v. Federal National Mortgage Association a/k/a Fannie Mae

The enclosed opinion and judgment were sent this date to the following persons:

The Honorable Dana DeBeauvoir
Civil County Clerk
Travis County Courthouse
P. O. Box 149325
Austin, TX  78714
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX  78626
* DELIVERED VIA E-MAIL *

The Honorable J. David Phillips
Judge, County Court at Law No. 1
Travis County
P. O. Box 1748
Austin, TX  78767-1748

Mr. Kevin Bierwirth
13276 Research, #204
Austin, TX  78750

Mr. Mark D. Hopkins
Hopkins & Williams, P.L.L.C.
12117 Bee Caves Road, Suite 260
Austin, TX  78738
* DELIVERED VIA E-MAIL *